# Exhibit A



**Self-Service Online Leave Application System**

*Welcome, GIANNAKOULIS,MARIA  (Emp ID: 1053794)*

Help 

● Contact Information Confirmation ──── ○ Selection ──── ○ Overview and Tasks ──── ○ E-signature and Submission

**1** What kind of accommodation are you requesting?

○ Reasonable Accommodation
◉ Exemption and Accommodation for COVID Vaccine-Related Reasons - Religious or Medical (including no immunity from vaccine)

**2** What is the reason for your vaccine related accommodation request?

○ Religious Exemption to the Vaccine Mandate
◉ Medical Exemption to the Vaccine Mandate
○ Medical accommodation – Limited to employees who are vaccinated but unable to mount an immune response to COVID-19 due to preexisting immune conditions
○ Medical Exemption to Second Dose

**3** What is the medical reason for the requested exemption to the COVID-19 vaccine mandate?

☐ Contraindication (e.g. allergy) to all of the U.S.-authorized COVID -19 vaccines (Pfizer, Moderna, Johnson and Johnson)
☐ Still within the isolation period after a COVID-19 infection
☐ Still within 90 days of monoclonal antibody treatment of COVID-19
☐ Other conditions such as those delineated in CDC clinical considerations that warrant temporary medical exemption for some period of time because of active therapy or treatment (e.g., stem cell transplant, CAR T-cell therapy)
☑ Pericarditis or myocarditis
☐ Other

(Max length 1000 characters.)

[Continue]

[Back]  [Start Over]  [Exit]